# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## WICHITA COURTHOUSE

| | | |
|---|---|---|
| NADRAN ANTHONY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  10-1364-CM-KGS |
| | ) | |
| NATIONAL CREDIT ADJUSTERS, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

NADRAN ANTHONY ("Plaintiff"), through his attorneys, KROHN & MOSS, LTD.,

alleges the following against NATIONAL CREDIT ADJUSTERS, ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant is located in the state of Kansas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

## PARTIES

6.  Plaintiff is a natural person residing in Louisiana.

7.  Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8.  Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9.  Defendant is a Kansas Corporation with a business office in Hutchinson, Reno County, Kansas.

10. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Upon information and belief, Defendant is collecting from Plaintiff on an alleged debt owed to Household Bank Card Services in the amount of approximately $792.40.

12. Since January 2010, Defendant places collection calls to Plaintiff's cellular telephone number and home telephone number.

13. Defendant places collection calls to Plaintiff up to three day per week.

14. On those days, Defendant will call Plaintiff up to five times per day.

15. Plaintiff told Defendant that he settled this debt in March 2009.

16. On June 8, 2010, Plaintiff faxed a copy of the cancelled check and bank statement to Defendant as proof of the settled debt.

17. Despite the aforementioned, Defendant continues to place collection calls to Plaintiff.

18. Because of Defendant's collection attempts, and in attempt to quickly remove Defendant's derogatory mark to Plaintiff's credit report, Plaintiff settled the alleged debt

with Defendant on or about June 28, 2010.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

19. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequences of which are to harass, oppress or abuse Plaintiff in connection with the collection of the alleged debt.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    WHEREFORE, Plaintiff, NADRAN ANTHONY, respectfully requests judgment entered against Defendant, NATIONAL CREDIT ADJUSTER, for the following:

20. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

22. Any other relief that this Honorable Court deems appropriate.

**Plaintiff designates Wichita as place for trail.**

RESPECTFULLY SUBMITTED,

By:/s/ Adam C. Maxwell
Adam Maxwell
Attorney for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison Street
10th Floor
Chicago, IL 60602
(312) 578-9428 (direct)
e-mail: amaxwell@consumerlawcenter.com

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, NADRAN ANTHONY, demands a jury trial in this

case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF LOUISIANA

Plaintiff, NADRAN ANTHONY, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, NADRAN ANTHONY, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

July 16, 2010
_____
Date

Ms. Nadran J. Anthony Sr.
_____
NADRAN ANTHONY