## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## WICHITA COURTHOUSE

| | |
|---|---|
| NADRAN ANTHONY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 6:10-cv-01364-CM-KGS |
| ) | |
| NATIONAL CREDIT ADJUSTERS, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, NADRAN ANTHONY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By:/s/ Adam C. Maxwell
Adam Maxwell
Bar No. 24706
Attorney for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison Street
10th Floor
Chicago, IL 60602
(312) 578-9428 (direct)
e-mail: amaxwell@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Shannon L. Bell, Attorney for Defendant, by the Court's CM/ECF system.

By:/s/ Adam C. Maxwell
Adam Maxwell
Attorney for Plaintiff